UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                  :    20-CR-135-8 (JMF)
                                                                        :
JAHVONNE CHAMBERS,                                                      :        REVISED
                                                                        :   SCHEDULING ORDER
                     Defendant.                :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

      At the request of the Probation Department, IT IS HEREBY ORDERED that the conference previously scheduled for September 20, 2023, is ADJOURNED to **October 3, 2023**, at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: September 18, 2023
       New York, New York
                                                        JESSE M. FURMAN
                                                  United States District Judge