UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Jahvonne Chambers,

               Supervisee.

No. 0208 1:20CR00135-08 (JMF)

ORDER

---

Honorable Jesse M. Furman, U.S. District Judge:

    IT IS HEREBY ORDERED THAT: For the reasons stated on the record during a violation of supervised release conference held on October 3, 2023, it is hereby ordered that the Bureau of Prisons provide a Residential Reentry Center placement. The Supervised Release Conditions are modified to include the following special condition:

*Unless the Probation Department approves an alternative residential placement, Jahvonne Chambers shall reside at the Residential Reentry Center, located at 104 Gold Street, Brooklyn, NY 11201, or a program location within the area of the New York City Metropolitan Area, for a period of <u>six (6) months.</u>*

*While at the Residential Reentry Center (RRC), the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.*

*Jahvonne Chambers will be restricted to the Residential Reentry Center at all times except for employment, education, religious services, medical, mental health treatment, substance abuse treatment, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager. Jahvonne Chambers needs to submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment. Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:    October 3, 2023
              New York, New York

                                                                  Honorable Jesse M. Furman
                                                                  U.S. District Judge