

Louis V. Fasulo, Esq. - NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY

www.fgdmlaw.com

May 3, 2024

Honorable Jesse M. Furman
United States District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007

*Application GRANTED. The conference is hereby ADJOURNED to **May 14, 2024, at 2:15 p.m.** The Clerk of Court is directed to terminate Doc. #783. SO ORDERED.*

*May 3, 2024*

Re:   **United States v. Jahvonne Chambers**
      **Case No.: 20 Cr. 135 (JMF) (VOSR)**

Dear Judge Furman,

    The above referenced matter is scheduled for sentencing on May 5, 2024. In light of the Government's sentencing submission, and in order to provide sufficient time to review the Government's written and video submission with my client, I respectfully request a 1-week adjournment of the sentencing hearing.

    The Government has no objection to this request.

    The undersigned is available the 13th, 14th and 16th of May.

    I thank the Court for its consideration.

Respectfully submitted,

*Louis V. Fasulo*

Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213
Email: LFasulo@FGDMLaw.com

Cc.:   Andrew Chan, AUSA

---